CHARLES D. MAY, ESQ. (Bar No. 129663)
GENE B. SHARAGA, ESQ. (Bar No. 131661)
**THARPE & HOWELL**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221
Telephone: (818) 205-9955
Facsimile: (818) 205-9944
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HIW, INC.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

BRADLEY ENGLEBRICK and ROXANNE HERNANDEZ,

Plaintiffs,

v.

WORTHINGTON INDUSTRIES, INC.; NEWELL OPERATING COMPANY dba BERNZOMATIC CORPORATION; LOWES and DOES 1 through 100,

Defendants.

CASE NO. 08-CV-1296 CJC (MLGx)

(Orange County Superior Court Case No. 30-2008-00113504)

[PROPOSED] ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Hon. Cormac J. Carney
U.S. DISTRICT JUDGE

**IT IS HEREBY ORDERED** that the Complaint of Plaintiffs BRADLEY ENGLEBRICK and ROXANNE HERNANDEZ is hereby dismissed in its entirety, with prejudice.

Dated: July 20, 2009       By: _____
                                U.S. DISTRICT JUDGE

- 1 -

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

I:\22998\Pleadings\Notice of Vol Dismissal -- ORDER.wpd

Englebrick, et al. v. Worthington, et al.
Case No. 08-CV-1296 CJC (MLGx)