# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-1296-CJC (MLGx) | Date | November 30, 2009 |
|---|---|---|---|
| Title | Bradley Englebrick & Roxanne Hernandez v. Worthington Industries, Inc., et al. | | |

Present: The Honorable    Marc L. Goldman, Magistrate Judge

| S. Mikhail for Terri Steele | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   In Chambers: Order Setting Briefing Schedule and Hearing on Request for Additional Depositions

On November 25, 2009, the Court granted Plaintiffs' *ex parte* motion to quash ten deposition subpoenas, finding that the ten depositions scheduled to be conducted between December 1, 2009 and December 11, 2009, in seven different states, not only violated Fed.R.Civ.P. 30(a)(2)(A)(i), given that 30 depositions had previously been taken without leave of the court, but that the number of depositions and their scheduling were also oppressive and burdensome.

Later that day, Defendants filed an opposition to the motion, contending that the depositions were necessary to the presentation of their case, that Plaintiffs had not previously objected to the excess depositions, and that additional depositions are necessary because Plaintiffs have testified untruthfully.

The Court will construe the opposition as a motion for reconsideration and a motion for leave to conduct additional depositions. Plaintiffs may file an opposition, not to exceed ten pages no later than December 8, 2009. Defendants may file a Reply, limited to five pages, and without declarations, exhibits, or other attachments, no later than noon on December 11, 2009. A hearing shall be held on this motion on December 15, 2009, at 10:00 a.m..

:

Initials of Clerk    sdm